Harvey P. **SHORT,** Plaintiff–Appellant,

v.

**CHARLOTTE–MECKLENBURG PO-LICE DEPARTMENT; City of Charlotte,** Defendants–Appellees,

and

**B.C. Balamucki, Officer,** Defendant.

No. 00–7485.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Harvey P. Short, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

Harvey P. Short appeals a district court order dismissing claims against some, but not all, defendants in Short's 42 U.S.C.A. § 1983 (West Supp.2000) action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*